UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JALBERT LEASING, INC., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS PORT ) <br> AUTHORITY, ) <br> ) <br> Defendant ) <br> ) | CIVIL ACTION <br> NO. 04CV |

**PLAINTIFF'S CORPORATE DISCLOSURE**
**UNDER LOCAL RULE 7.3**

Plaintiff Jalbert Leasing, Inc., doing business as C & J Trailways, states that no publicly held company owns any of its corporate stock. This plaintiff is a privately held company.

JALBERT LEASING, INC.

By its attorney,

March 10, 2004

Wesley S. Chused (BBO#083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800