UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JALBERT LEASING, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04CV |
| MASSACHUSETTS PORT ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE
UNDER LOCAL RULE 7.3**

Plaintiff Bonanza Acquisition, LLC states that no publicly held company owns any ownership interest in it. This plaintiff is a privately held limited liability company.

BONANZA ACQUISITION, LLC

By its attorney,

March    , 2004

Wesley S. Chused (BBO#083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800