UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JALBERT LEASING, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04CV |
| MASSACHUSETTS PORT | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | **04  10486 RCL** |
| | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE
UNDER LOCAL RULE 7.3**

Plaintiff Concord Coach Lines, Inc., doing business as Concord Trailways, states that no publicly held company owns any of its corporate stock. This plaintiff is a privately held company.

CONCORD COACH LINES, INC.

By its attorney,

March /0 , 2004

Wesley S. Chused (BBO#083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800