UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JALBERT LEASING, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY,<br><br>Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIVIL ACTION
NO. 04CV

**04  10486 RCL**

## PLAINTIFF'S CORPORATE DISCLOSURE
## UNDER LOCAL RULE 7.3

Plaintiff Dartmouth Transportation Company, Inc., doing business as Dartmouth Coach, states that no publicly held company owns any of its corporate stock. This plaintiff is a privately held company.

DARTMOUTH TRANSPORTATION
COMPANY, INC.

By its attorney,

March /², 2004

Wesley S. Chused (BBO#083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800