UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JALBERT LEASING, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04CV |
| MASSACHUSETTS PORT ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

**CERTIFICATE PURSUANT TO LOCAL RULE 83.5.3(b)
FOR ADMISSION *PRO HAC VICE***

I, Jeremy Kahn, submit this Certificate pursuant to Local Rule 83.5.3(b) in support of my request to participate *pro hac vice* in this matter, in association with Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP. Mr. Chused is a member of the Bar of this Court.

I am a member of the Bar in good standing in the District of Columbia and an inactive member of the Bar in good standing in the Commonwealth of Virginia, the only two jurisdictions in which I have been admitted to practice.

There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I am familiar with the Local Rules of the United States District Court for the

- 2 -

District of Massachusetts.

My application is supported by Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP, 101 Arch Street, Boston, Massachusetts 02110, who is a member of the Bar of this Court.

I respectfully request the Court to approve my request.

                                                    _____
                                                    Jeremy Kahn
                                                    D.C. Bar #199778
                                                    March 9, 2004

Jeremy Kahn, Esq.
Kahn & Kahn
1730 Rhode Island Ave., N.W., Suite 810
Washington, D.C. 20036
Telephone   (202) 887-0037