AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Jalbert Leasing, Inc. d/b/a C&J Trailways,
Bonanza Acquisition, LLC, Concord Coach Lines,
Inc. d/b/a Concord Trailways, and Dartmouth
Transportation Company, Inc. d/b/a
Dartmouth Minicoach

V.

Massachusetts Port Authority

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10486 RCL

TO: (Name and address of defendant)

> Massachusetts Port Authority
> One Harborside Drive, Suite 200S
> East Boston, MA 02128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Wesley S. Chused
> Looney & Grossman LLP
> 101 Arch Street
> Boston, MA 02110
> (617) 951-2800

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

March 10, 2004

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>March 11, 2004 |
| **NAME OF SERVER**<br>BURTON M. MALKOFSKY | **TITLE**<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to     **Ms. Maria Snow, Secretary and**
Duly Authorized Agent for the within-named     **Defendant, Massachusetts Port Authority.**
Said service was made at:
      **One Harborside Drive, Suite 200S, East Boston**     , MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $        37.00 | $        37.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     March 11, 2004                    *[signature] Burton M. Malkofsky*
                    Date                              Signature of Server

                                                  One Devonshire Place, Boston, Massachusetts
                                                  Address of Server

**ADDITIONAL INFORMATION**
      PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.
      Date      Time                Remarks                                                                          FEE

Also served: Civil Action Cover Sheet;                                                                         $_____.00
             Category Sheet;                                                                                    $_____.00
             Corporate Disclosure Statement of Jalbert Leasing, Inc. d/b/a C&J Trailways;                       $_____.00
             Corporate Disclosure Statement of Bonanza Acquisition, LLC;
             Corporate Disclosure Statement of Concord Coach Lines, Inc. d/b/a Concord                          $_____.00
             Trailways;
             Corporate Disclosure Statement of Dartmouth Transportation Company, Inc. d/b/a                     $_____.00
             Dartmouth Minicoach;
             Motion of Wesley S. Chused for Leave to Permit Appearance of Jeremy Kahn *Pro*                     $_____.00
             *Hac Vice* for the Plaintiffs; and
**DUE & DIL** Certificate of Jeremy Kahn in Support of Motion of Wesley S. Chused for Leave to    TOTAL         $_____.00
because wl Permit Appearance of Jeremy Kahn *Pro Hac Vice* for the Plaintiffs.

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #        (617) 720-5737