UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JALBERT LEASING, INC. <br> d/b/a C&J Trailways <br> 185 Grafton Drive <br> Portsmouth, New Hampshire 03801 <br><br> BONANZA ACQUISITION, LLC <br> One Bonanza Way <br> Providence, Rhode Island 02940 <br><br> CONCORD COACH LINES, INC. <br> d/b/a Concord Trailways <br> South Main Street <br> Concord, New Hampshire 03301 <br><br> DARTMOUTH TRANSPORTATION <br>     COMPANY, INC. <br> d/b/a Dartmouth Coach <br> 7 Langon Street <br> Concord, New Hampshire 03301 <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS PORT AUTHORITY <br> One Harborside Drive, Suite 200S <br> East Boston, Massachusetts 02128 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-10486 (RCL) |

## JOINT MOTION TO ENLARGE TIME

Pursuant to Fed. R. Civ. P. 7(b), the parties jointly move to defer the filing of an Answer

in this Action until 10 days after the Court's decision on contemplated cross-motions for

summary judgment, should any part of the case survive such motions. In light of the fact that

Plaintiffs contemplate filing a motion for summary judgment upon expiration of the 20 day

period referenced in Fed. R. Civ. P. 56 and the defendant expects to file a cross-motion, the

parties request that the Court set the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | On or about April 1, 2004 |
| Defendant's Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | 30 days after Motion filed |
| Plaintiffs' Opposition to Cross-Motion | 20 days after Cross-Motion filed |

Respectfully submitted,

FOR THE PLAINTIFFS,                    FOR THE DEFENDANTS,


Wesley S. Chused (BBO # 083520)        Roscoe Trimmier, Jr. (BBO # 502560)
LOONEY & GROSSMAN LLP                   Sarah L. Levine (BBO # 651718)
101 Arch Street                         ROPES & GRAY LLP
Boston, MA  02110                       One International Place
(617) 951-2800                          Boston, MA  02110
                                        (617) 951-7000

Jeremy Kahn
KAHN & KAHN
1730 Rhode Island Ave., N.W.
Suite 810
Washington, D.C.  20036
(202) 887-0037



ROPES & GRAY LLP
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F-617-951-7050
BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

March 29, 2004

Sarah L. Levine
(617) 951-7703
slevine@ropesgray.com

**BY HAND**

Clerk's Office
U.S. District Court
    for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

    Re:      *Jalbert Leasing, Inc., Bonanza Acquisition, LLC, Concord Coach Lines, Inc.,*
             *Dartmouth Transportation Company, Inc. v. Massachusetts Port Authority*
             <u>CA No. 04-10486 (RCL)</u>

Dear Sir or Madam:

    Enclosed for filing please find Defendant's Joint Motion To Enlarge Time.  Please date stamp the enclosed copy of this letter and return it to the messenger.

    Thank you for your attention to this matter.

                      Very truly yours,

                      Sarah L. Levine

SLL:kjc
Enclosures

cc:    Wesley S. Chused, Esq.
       Jeremy Kahn, Esq.
       Roscoe Trimmier, Jr., Esq.