UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JALBERT LEASING, INC.<br>d/b/a C&J Trailways<br>185 Grafton Drive<br>Portsmouth, New Hampshire 03801<br><br>BONANZA ACQUISITION, LLC<br>One Bonanza Way<br>Providence, Rhode Island 02940<br><br>CONCORD COACH LINES, INC.<br>d/b/a Concord Trailways<br>South Main Street<br>Concord, New Hampshire 03301<br><br>DARTMOUTH TRANSPORTATION<br>    COMPANY, INC.<br>d/b/a Dartmouth Coach<br>7 Langon Street<br>Concord, New Hampshire 03301<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY<br>One Harborside Drive, Suite 200S<br>East Boston, Massachusetts 02128<br><br>    Defendants. | C.A. No. 04-10486 (RCL) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the Joint Motion to Enlarge Time, was served upon all counsel of records, electronically or by first class mail this 29th day of March, 2004.

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110

-2-

Jeremy Kahn
KAHN & KAHN
1730 Rhode Island Ave., N.W.
Suite 810
Washington, D.C. 20036

_____
Roscoe Trimmier, Jr.

9405865_1

-2-