UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JALBERT LEASING, INC., )<br>        Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY, )<br>        Defendant ) | Civil Action No. 04-10486 |

LINDSAY, D.J.

### ORDER OF RECUSAL

I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

/s/ REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2004