UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JALBERT LEASING, INC.,                     )
    Plaintiff(s),                      )
                                           )
       v                              )        C.A. No. 04-10486-MLW
                                           )
MASSACHUSETTS PORT AUTHORITY,              )
    Defendant(s),                      )


MEMORANDUM AND ORDER


WOLF, D.J.                                           June 16, 2004


    This action is one of about 225 civil cases assigned to me.
I am also responsible for about 40 criminal cases, involving
more than 50 defendants, many of whom have been incarcerated
pending trial. Accordingly, I am interested in making
arrangements for the fair and efficient progress and resolution
of some of my civil cases.

    Upon review of my civil docket, I believe that the above
captioned case, and the administration of justice would benefit
from being reassigned for all purposes to Magistrate Judge
Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such
reassignment occurs, Magistrate Judge Bowler will decide all
pretrial issues, schedule a firm trial date, conduct any trial
that is necessary, with or without a jury, and any appeal would

1