# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

JALBERT LEASING INC.,
ET AL,

    Plaintiffs,

    v.

MASSACHUSETTS PORT
AUTHORITY,

    Defendant.

CA. NO. 04-10486-NMG

## *NOTICE*

August 4, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that **hearing on docket entry ## 10 and 15 (Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment)** at **10:45 a.m., Monday, September 13, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                         /s/

                                             **MARIANNE B. BOWLER**
                                             Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**