UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JALBERT LEASING, INC., *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10486-MBB |
| MASSACHUSETTS PORT AUTHORITY, | ) ) ) | |
| Defendant | ) ) ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Jalbert Leasing, Inc., d/b/a C&J Trailways; Bonanza Acquisition, LLC; Concord Coach Lines, Inc., d/b/a Concord Trailways; and Dartmouth Transportation Company, Inc., d/b/a Dartmouth Coach, all of the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order of Magistrate Judge Marianne Bowler, denying Plaintiffs' Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment, entered in this action on the 18th day of May, 2005.

>JALBERT LEASING, INC. d/b/a C&J TRAILWAYS;  BONANZA ACQUISITION, LLC;  CONCORD COACH LINES, INC. d/b/a CONCORD TRAILWAYS; and DARTMOUTH TRANSPORTATION COMPANY, INC. d/b/a DARTMOUTH MINICOACH

|  |  |
|---|---|
|  | By their attorneys, |
| June 13, 2005 | /s/ Wesley S. Chused |
|  | Wesley S. Chused (BBO #083520) |
|  | LOONEY & GROSSMAN LLP |
|  | 101 Arch Street |
|  | Boston, MA 02110 |
|  | (617) 951-2800 |
|  | and |
|  | Jeremy Kahn |
|  | KAHN & KAHN |
|  | 1730 Rhode Island Ave., N.W. |
|  | Suite 810 |
|  | Washington, D.C.  20036 |
|  | (202) 887-0037 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I served a copy of the foregoing pleading upon all parties hereto by hand, electronically, facsimile or by mailing copies thereof via first class mail, properly addressed to the following:

> Roscoe Trimmier, Jr., Esq.
> Richard J. Lettieri, Esq.
> Ropes & Gray LLP
> One International Place
> Boston, MA  02110

> /s/ Wesley S. Chused
> Wesley S. Chused