UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JALBERT LEASING, INC.,
          Plaintiff,

v.
                                            CIVIL ACTION
                                            NO.   04-10486-MBB

MASSACHUSETTS PORT AUTHORITY,
          Defendant.

**FINAL JUDGMENT**

**JUNE 27, 2005**

**BOWLER,  U.S.M.J.**

It  is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                   /s/ Marianne B. Bowler
                                  **MARIANNE B. BOWLER**
                                  United States Magistrate Judge