UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JALBERT LEASING, INC., *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10486-MBB |
| MASSACHUSETTS PORT AUTHORITY, | ) ) ) | |
| Defendant | ) ) ) | |

## **WITHDRAWAL OF JUNE 13, 2005 NOTICE OF APPEAL**

Pursuant to the Status Conference held on June 17, 2005, Plaintiffs Jalbert Leasing, Inc., d/b/a C&J Trailways; Bonanza Acquisition, LLC; Concord Coach Lines, Inc., d/b/a Concord Trailways; and Dartmouth Transportation Company, Inc., d/b/a Dartmouth Coach, hereby withdraw the Notice of Appeal they filed on June 13, 2005.

                                                JALBERT LEASING, INC. d/b/a C&J TRAILWAYS;  BONANZA ACQUISITION, LLC;  CONCORD COACH LINES, INC. d/b/a CONCORD TRAILWAYS; and DARTMOUTH TRANSPORTATION COMPANY, INC. d/b/a DARTMOUTH MINICOACH

By their attorneys,

June 28, 2005
/s/ Wesley S. Chused
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

and

Jeremy Kahn
KAHN & KAHN
1730 Rhode Island Ave., N.W.
Suite 810
Washington, D.C.  20036
(202) 887-0037

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2005, I served a copy of the foregoing pleading upon all parties hereto by hand, electronically, facsimile or by mailing copies thereof via first class mail, properly addressed to the following:

Roscoe Trimmier, Jr., Esq.
Richard J. Lettieri, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110

/s/ Wesley S. Chused
Wesley S. Chused