UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JALBERT LEASING, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10486-MBB |
| MASSACHUSETTS PORT AUTHORITY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL OF FINAL JUDGMENT OF JUNE 27, 2005

Notice is hereby given that Jalbert Leasing, Inc., d/b/a C&J Trailways; Bonanza

Acquisition, LLC; Concord Coach Lines, Inc., d/b/a Concord Trailways; and Dartmouth

Transportation Company, Inc., d/b/a Dartmouth Coach, all of the plaintiffs in the above named

case, hereby appeal to the United States Court of Appeals for the First Circuit from the Final

Judgment in this action entered on June 27, 2005 and from the Memorandum and Order of

Magistrate Judge Marianne Bowler, dated May 18, 2005 denying Plaintiffs' Motion for

Summary Judgment and granting Defendant's Motion for Summary Judgment.

> JALBERT LEASING, INC. d/b/a C&J
> TRAILWAYS;  BONANZA ACQUISITION,
> LLC;  CONCORD COACH LINES, INC. d/b/a
> CONCORD TRAILWAYS; and DARTMOUTH
> TRANSPORTATION COMPANY, INC. d/b/a
> DARTMOUTH MINICOACH

By their attorneys,


June 28, 2005                          */s/ Wesley S. Chused*
                                       Wesley S. Chused (BBO #083520)
                                       LOONEY & GROSSMAN LLP
                                       101 Arch Street
                                       Boston, MA 02110
                                       (617) 951-2800

                                       and

                                       Jeremy Kahn
                                       KAHN & KAHN
                                       1730 Rhode Island Ave., N.W.
                                       Suite 810
                                       Washington, D.C.  20036
                                       (202) 887-0037


## CERTIFICATE OF SERVICE

        I hereby certify that on June 28, 2005, I served a copy of the foregoing pleading upon all parties hereto by hand, electronically, facsimile or by mailing copies thereof via first class mail, properly addressed to the following:

                          Roscoe Trimmier, Jr., Esq.
                          Richard J. Lettieri, Esq.
                          Ropes & Gray LLP
                          One International Place
                          Boston, MA  02110


                          */s/ Wesley S. Chused*
                          Wesley S. Chused