# United States Court of Appeals
## For the First Circuit

04-10486
Massachusetts
M. Bowler

No. 05-2004



JALBERT LEASING, INC.,
d/b/a C&J TRAILWAYS, ET AL.,

Plaintiffs, Appellants,

v.

MASSACHUSETTS PORT AUTHORITY,

Defendant, Appellee.

---

### JUDGMENT

Entered: April 12, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calordo
Deputy Clerk

Date: 5·5·06

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Kahn, Mr. Chused, Mr. Trimmier, Ms. Levine, Ms. Taylor, & Mr. Barnico.]